IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.	CASE NO.: 4:01cr47-SPM

WILLIE JAMES FRANCIS,

    Defendant.
_____/

### ORDER DENYING MOTION TO COMPEL THE GOVERNMENT TO FILE A SUBSTANTIAL ASSISTANCE MOTION

Pending before the Court is Defendant Willie James Francis's motion (doc. 147) to compel the Government to file a substantial assistance motion on his behalf. To compel the Government to file a substantial assistance motion, a defendant must first make a threshold showing that the government's refusal is based on a constitutionally impermissible motive. Wade v. United States, 504 U.S. 181, 186 (1992). Defendant's claim that he provided substantial assistance is not sufficient to satisfy the threshold showing. Id. Accordingly, it is

ORDERED AND ADJUDGED that Defendant's motion (doc. 147) is denied.

DONE AND ORDERED this 6th day of July, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge