IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                        CASE NO.: 4:01cr47-SPM

WILLIE JAMES FRANCIS,

     Defendant.
_____/

**ORDER DENYING MOTION TO MODIFY UNDER 18 U.S.C. § 3582**

    This cause comes before the Court on Defendant's motion (doc. 194) to modify sentence under the retroactive crack cocaine amendment (Amendments 706 and 711) and 18 U.S.C. § 3582(c).  The Government filed a response in opposition (doc. 197).

    Upon review, the Court finds that Defendant is not entitled to a sentence reduction because application of the guideline amendment results in no change to his sentencing range.  Defendant was subject to a statutory mandatory minimum sentence, which also determined his sentencing range.  Defendant also received a Career Offender enhancement, which determined his base offense level under the sentencing guidelines.  Because Defendant's sentencing range remains the same under the amended guidelines, he is not eligible for a

reduction.  Accordingly, it is

      ORDERED AND ADJUDGED that motion (doc. 194) to modify sentence is denied.

      DONE AND ORDERED this 26th day of March, 2008.

                                  *s/ Stephan P. Mickle*

                                  Stephan P. Mickle
                                  United States District Judge