IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO.: 4:01cr47-SPM

WILLIE JAMES FRANCIS,

     Defendant.
_____/

### ORDER DENYING AMENDED MOTION UNDER 18 U.S.C. § 3582

This cause comes before the Court on Defendant's Amendment to Motion to Reduce Sentence, Pursuant to Fed. R. Civ. P. 15(c). Doc. 201. For the following reasons, the motion will be denied.

1. The Court has already issued an order (doc. 199) denying Defendant's prior motion (doc. 194) to reduce his sentence under the retroactive crack cocaine amendment (Amendments 706 and 711) and 18 U.S.C. § 3582(c).

2. The additional grounds Defendant raises based on Amendment 709 are unavailing because, as Defendant acknowledges, Amendment 709 is not listed in § 1B1.10(c) of the sentencing guidelines. Accordingly, it cannot be used to reduce Defendant's sentence. United States v. Armstrong, 347 F.3d 905, 909 (11th Cir. 2003).

3.      Finally, Defendant was subject to a statutory mandatory minimum sentence that determined his sentencing range.  The guideline amendments have no effect on Defendant's sentencing range.

Based on the foregoing, it is

ORDERED AND ADJUDGED that Defendant's Amendment to Motion to Reduce Sentence, Pursuant to Fed. R. Civ. P. 15(c) is denied.

DONE AND ORDERED this 12th day of May, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge